# United States Court of Appeals for the Fifth Circuit

---

No. 24-40408
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
November 26, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Guadalupe San Miguel-Limon,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:15-CR-177-1

---

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The district court revoked Guadalupe San Miguel-Limon's term of supervised release and sentenced him to 24 months of imprisonment. In his sole issue on appeal, San Miguel-Limon contends that the written revocation judgment incorrectly reflects that he was adjudicated guilty of Violation Three.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40408

We order a LIMITED REMAND to the district court to clarify whether San Miguel-Limon was adjudicated guilty of Violation Three. Once the district court issues such clarification, the case shall be returned to this court for further proceedings. This court retains jurisdiction over this case for all other purposes.